```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

JOHN RAY CHEEK,                   §
    Petitioner,                   §
                                  §
VS.                               §   CIVIL ACTION NO.4:13-CV-068-Y
                                  §
RODNEY W. CHANDLER, Warden,       §
FCI-Fort Worth,                   §
    Respondent.                   §

ORDER ADOPTING
<u>MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

In this action brought by petitioner John Ray Cheek under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 5, 2013; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 12, 2013.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

John Ray Cheek's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED February 21, 2013.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE